September 08, 2021

United States District Court for the Southern District
Pro Se Office
40 Foley Square Room# 105
New York, NY 10007
Attention: Pro Se Team

Re: Complaint # 21-CV-07463

Dear Pro Se Team:

I am representing myself pro se on this matter and I kindly request you to upload the attached exhibits to the complaint # 21-CV-07463 that I had filed yesterday. I sincerely apologize that I have missed to provide these exhibits yesterday. Therefore, I am requesting your team to upload these into Pacer.

Following are the exhibits with cover sheet:
Exhibit A
Exhibit B
Exhibit C

Thank you for your kind assistance. Please contact me if you have any questions, I can be reached via phone call at 332-895-0053.

Thank you for your kind assistance.

Sincerely,   TRISHA PARAVAS   9/8/2021
                68CC44F1360F4AE...
Trisha Paravas, Pro se
PO Box #7415
New York, NY 10116
Email: Trish.paravas@Fw-invetsors.com
C: 332-895-0053