AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  __DR. MORAN CERF__
was received by me on *(date)* __09/08/2021__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Defendants Attorney- Isaac B. Zaur, Clarick Gueron Reisbaum LLP

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/08/2021__

*DocuSigned by:*
**TRISHA PARAVAS**
68CC44F1360F4AE...

*Server's signature*

TRISHA PARAVAS, PLAINTIFF (PRO SE)

*Printed name and title*

PO BOX 7415, NEW YORK, NY 10116

*Server's address*

Additional information regarding attempted service, etc:

Defendant DR.MORAN CERF's Attorney- Isaac B. Zaur, from Clarick Gueron Reisbaum LLP
Agreed to accept service on behalf of defendant with consent to time extension
to respond by 10/15/2021.

**Print**    |    **Close Window**

    **Subject:** RE: [EXTERNAL] Proof of Service Attached- Pls sign & return
      **From:** Isaac Zaur <izaur@cgr-law.com>
       **Date:** Wed, Sep 08, 2021 3:53 pm
         **To:** Trish Paravas <trish.paravas@fw-investors.com>
         **Cc:** Nicole Gueron <ngueron@cgr-law.com>

Ms. Paravas,

October 15 will work. We accept service on that basis and will inform the court that you consent to making our response due on that date.

Isaac

**From:** Trish Paravas <trish.paravas@fw-investors.com>
**Sent:** Wednesday, September 8, 2021 2:33 PM
**To:** Isaac Zaur <izaur@cgr-law.com>
**Cc:** Nicole Gueron <ngueron@cgr-law.com>; Moran <moran@morancerf.com>
**Subject:** RE: [EXTERNAL] Proof of Service Attached- Pls sign & return

Issac,

In response to your email regarding acceptance of service I believe an additional 1 month of extension is unreasonable based on the fact you are already intimately involved in this matter for last 5 months. However, as a professional courtesy I shall grant you two weeks of extension i.e Oct 15, 2021; otherwise I shall serve Dr. Cerf by any means possible. Please be advised accordingly.

Sincerely,
Trish Paravas | Managing Director |
5 Penn Plaza | New York, NY 10001

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, forwarding, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.