```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISHA PARAVAS,

        Plaintiff,

-against-

DR. MORAN CERF,

        Defendant.

21-CV-7463 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    At **4:00 p.m. on January 26, 2022**, Judge Moses will hold a continued settlement conference. At that time, the parties are directed to call (888) 557-8511, and enter access code 7746387, as well as the password that will be emailed to them in advance of the conference. No later than **January 24, 2022,** the parties shall jointly submit – without argument – a Word document showing both the plaintiff's and the defendant's proposed non-economic terms, together with a redline clearly identifying the differences, by email, addressed to Moses_NYSDChambers@nysd.uscourt.gov. **Do not file the proposed terms on the docket of this action.**

Dated:  New York, New York
         January 7, 2022

                                    SO ORDERED.

                                    _____
                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**