UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISHA PARAVAS,

        Plaintiff,

-against-

DR. MORAN CERF,

        Defendant.

21-CV-7463 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As the parties are aware, the next settlement conference in this action is scheduled for **4:00 p.m. on January 26, 2022.** (Dkt. No. 37.) In advance of that conference, the Court directed the parties to jointly submit (in confidence, by email) a Word document that shows both the plaintiff's and the defendant's proposed non-economic terms, together with "a redline clearly identifying the differences," "without argument." (*Id.*) The due date for the redline is **January 24, 2022**. (*Id.*)

    On January 18, 2022, *pro se* plaintiff Trisha Paravas submitted, by email, three documents: (i) a Word document that appears to be a settlement draft prepared by defendant Moran Cerf; (ii) a redlined Word document that plaintiff describes as "[j]oint," but which defendant later advised the Court, by email, was not in fact a joint submission; and (iii) a three-page letter. In violation of this Court's clear order, both the redlined Word document and the separate letter present detailed argument as to why certain terms proposed by defendant are, in plaintiff's view, unfair or inappropriate.

    Plaintiff is reminded that the Court's orders are orders, not suggestions. Having filed this lawsuit voluntarily, and having chosen to proceed *pro se* (notwithstanding the Court's repeated recommendation that she retain counsel), plaintiff is required, on pain of sanctions, to comply with the rules of the forum she selected. *See*, *e.g.*, Fed. R. Civ. P. 16(f)(1)(C) ("On motion or on its own, the Court may issue any just orders . . . if a party . . . fails to obey a scheduling or other pretrial order.")

    The Court will disregard plaintiff's January 18, 2022 settlement submission. The Court looks forward to reviewing the parties' joint settlement submission on January 24, 2022, consisting of "a

Word document showing both the plaintiff's and the defendant's proposed non-economic terms, together with a redline clearly identifying the differences," *and nothing more*. The parties will have ample opportunity during the settlement conference on January 25, 2022, to discuss the pros and cons of the competing proposed terms.

Dated: New York, New York
January 21, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**